**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01681-REB

LOUIS W. KUMFERMAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Blackburn, J.**

The matter before me is **Plaintiff's Notice of Unfavorable Hearing Decision and Motion for the Court To Resume Jurisdiction** [#27],[1] filed August 11, 2015. By this motion, plaintiff seeks to appeal the unfavorable disability decision of the Administrative Law Judge following a sentence six remand. (*See* **Order Granting Sentence 6 Remand** [#25], filed November 12, 2014.) The Commissioner does not oppose the motion. (*See* **Defendant's Response to Motion for the Court To Resume Jurisdiction** [#32], filed September 4, 2015.) Having considered the motion and the file, and thus being sufficiently advised, I find the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1. That **Plaintiff's Notice of Unfavorable Hearing Decision and Motion for the Court To Resume Jurisdiction** [#27], filed August 11, 2015, is granted; and

2. That the clerk of the court is directed to reopen this civil action.

Dated September 9, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge