**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01681-REB

LOUIS W. KUMFERMAN,

     Plaintiff.

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

## ORDER TO REFILE JOINT CASE MANAGEMENT PLAN

---

**Blackburn, J.**

     This matter is before me on the parties' **Proposed Joint Case Management Plan for Social Security Cases** [#35],[1] filed September 22, 2015.  Contrary to the directions for preparation of the JCMP, the parties' submission does not include any information regarding plaintiff's counsel, nor, even more glaringly, his electronic signature.[2]  The court may not accept the proposed JCMP in its current form, and therefore will order the parties to submit a properly completed and signed form.

     **THEREFORE, IT IS ORDERED** that the parties shall file a properly completed and executed proposed JCMP by Friday, October 2, 2015.

---

[1] "[#35]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

[2] Other irregularities also appear on the document.  For example, the proposed JCMP suggests that a supplemental record was filed on September 10, 2015, but no such entry appears on the docket.  Nor is it apparent why plaintiff's name, formerly included in the caption in full, is rendered only as initials in the caption of the proposed plan.

Dated September 23, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge