# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-01681-REB

LOUIS W. KUMFERMAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**Blackburn, J.**

The matter before me is **Plaintiff's Motion To Dismiss Without Prejudice** [#45],[1] filed October 27, 2015. By this motion, counsel advises the court of plaintiff Mr. Kumferman's recent death. As there is no survivor who might be substituted as the party plaintiff to prosecute plaintiff's claims, counsel moves to dismiss the appeal without prejudice. The motion is unopposed.

Having considered the motion, the court finds and concludes that the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiff's Motion To Dismiss Without Prejudice** [#45], filed October 27, 2015, is granted;

    2. That all pending briefing deadlines are vacated; and

---

[1] "[#45]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That this action is dismissed without prejudice.

Dated October 27, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge